**Order entered January 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00495-CR

**JEFFREY SCOTT HAZLETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81088-2015**

## ORDER

Before the Court is appellant's January 17, 2017 motion to abate the appeal. We **GRANT** appellant's motion and remand the appeal to the trial court for preparation of the trial court's findings of fact and conclusions of law regarding the voluntariness of appellant's written statement.

This appeal is **ABATED** to allow the trial court to file its findings of fact and conclusions of law. The appeal shall be reinstated **THIRTY DAYS** from the date of this order or when the findings and conclusions are received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE